IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JULIE A. MILLS                                                                                         PLAINTIFF

v.                                    No. 2:16-CV-02209

NANCY A. BERRYHILL, Commissioner,
Social Security Administration                                                                   DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Commissioner is AFFIRMED and this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 15th day of August, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE